```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
SOLID 21, INC.,                               :
                            Plaintiff,        :
                                              :            19 Civ. 1262 (LGS)
             -against-                        :
                                              :            ORDER
RICHEMONT NORTH AMERICA, INC. et al           :
                            Defendants.       :
                                              :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2020

LORNA G. SCHOFIELD, District Judge:

In light of the discovery stay, it is **ORDERED** that the February 11, 2020, 10:30 a.m. case management conference is adjourned *sine die*.

Dated: February 5, 2020
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**