

**John P. Margiotta**
Partner

T 212.813.5957
jmargiotta@fzlz.com

151 West 42nd Street, 17th Floor
New York, NY 10036

July 2, 2020

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Solid 21, Inc. v. Richemont North America, Inc. et al.*, Case No. 1:19-cv-01262

Dear Judge Schofield:

We represent Defendants Richemont North America, Inc., Richemont International S.A., Montblanc-Simplo GmbH (collectively, "Defendants") in the above-referenced matter. We write on behalf of both parties to request an adjournment of the initial case management conference currently scheduled for July 9th at 10:50 a.m.

As the Court is aware, the Court recently ruled on Defendants' motion to dismiss (Docket No. 91), granting it in part and denying it in part. Defendants are currently preparing an Answer and Counterclaims in response to the Plaintiff's Third Amended Complaint, and the parties have agreed between them that such response shall be filed by no later than July 13th. In light of the fact that the parties have not yet fully joined issued, we respectfully request that the Court adjourn the conference to a date in August, at the Court's convenience.

The parties have not sought to adjourn this conference before, and counsel for Defendants consents to this request.

Application GRANTED.  The parties' initial pretrial conference scheduled for July 9, 2020, is adjourned to **August 6, 2020, at 10:50 a.m.**  The parties' pre-conference materials are due **July 30, 2020**.  The parties are reminded that, per the Individual Rules, any extension requests must be made at least two business days in advance of the deadline.

Respectfully submitted,

/s/ John P. Margiotta
John P. Margiotta

cc: All counsel of record (via ECF)

Dated: July 6, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE