UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                    :

SOLID 21, INC.,
                              Plaintiff,       :

                                      :           19 Civ. 1262 (LGS)
            -against-              :

                                      :             ORDER
RICHEMONT NORTH AMERICA, INC. et al  :
                            Defendants.   :
                                      :

------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, per the Order at Dkt. No. 88, Plaintiff's counsel David Hecht was granted leave to

withdraw and was terminated as attorney of record the docket;

      WHEREAS, per the Order at Dkt. No. 107, Plaintiff's remaining counsel was granted leave to

withdraw.  Plaintiff was directed to retain new counsel no later than December 14, 2020, and the action was

stayed;

      WHEREAS, David Hecht filed a notice of appearance on behalf of Plaintiff on December 14, 2020,

at Dkt. No. 108.  It is hereby

      **ORDERED** that this action is no longer stayed.

      The Clerk of Court is respectfully directed to lift the stay in this action, reinstate David Hecht as

attorney of record for Plaintiff and remove the designation that Plaintiff is proceeding pro se.

Dated: December 15, 2020
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**