

151 West 42nd Street, 17th Floor  
New York, NY 10036

John P. Margiotta  
| | | | | | |

T 212.813.5957  
jmargiotta@fzlz.com

**VIA ECF**

June 1, 2021

Honorable Lorna G. Schofield  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

> Defendants' request is **GRANTED**. The pre-motion conference currently scheduled for August 5, 2021, is adjourned to **August 12, 2021, at 10:50 a.m.** As provided in the Fourth Amended Case Management Plan and Scheduling Order, any party wishing to file a summary judgment or other dispositive motion shall file a pre-motion letter at least two weeks before the conference.
>
> Dated: June 2, 2021  
> New York, New York
>
> LORNA G. SCHOFIELD  
> UNITED STATES DISTRICT JUDGE

**RE:** *Solid 21, Inc. v. Richemont North America, Inc. et al.*, No. 1:19-cv-01262-LGS

Dear Judge Schofield,

We write to request that the Court adjourn the pre-motion conference currently scheduled in this case for August 5, 2021. The Court scheduled this conference by Order dated June 1, 2021, and this is the parties' first request to move it. The reason for the request is that I am already scheduled to appear at an in-person mediation in the federal district court in Islip that day, beginning at 10 a.m.

Opposing counsel has consented to this request, and we note that counsel for both parties have no other blocked out days the weeks of August 2nd or 9th.

Respectfully submitted,

/s/ John P. Margiotta  
John P. Margiotta

T 212.813.5900 F 212.813.5901  
{F4101804.1}

frosszelnick.com / Fross Zelnick Lehrman & Zissu, P.C.