# Exhibit 7

1            UNITED STATES DISTRICT COURT

2            SOUTHERN DISTRICT OF NEW YORK

3

4    _____
                                    )
5    SOLID 21, INC.,                )
                                    )
6         Plaintiff,                )     Case No.
                                    )
7    vs.                            )     1:19-cv-0162-LGS
                                    )
8    RICHEMONT NORTH AMERICA,       )
     INC.; RICHEMONT               )
9    INTERNATIONAL S.A.; and        )
     MONTBLANC-SIMPLO GMBH,         )
10                                  )
          Defendants.               )
11   _____)

12

13

14

15        DEPOSITION OF DUVALL O'STEEN

16            (Via videoconference)

17             July 14, 2021

18

19

20

21

22

23

24   Reported by:  John L. Harmonson, RPR

25   Job No. 196426

D. O'STEEN

1 markets. I'm not suggesting that Chris's pieces
2 have been auctioned. I didn't say that.
3
4 Q. Have you ever heard of it as a
5 long-term brand goal to achieve zero retail
6 doors?
7 A. I have not.
8 Q. Sorry?
9 A. I have not.
10 MR. MARGIOTTA: We've been going for
11 an hour and a half. Why don't we take a
12 ten-minute break.
13 THE WITNESS: Thank you.
14 (Recess taken.)
15 BY MR. MARGIOTTA:
16 Q. Getting back to the report, I
17 understand you also think that the products here
18 at issue, Chris Aire's Red Gold products and our
19 clients' jewelry, directly compete. Can you tell
20 me what the basis for that opinion is?
21 A. Yeah. It's about the pricing for the
22 watches and also the target market and the HHI,
23 household income, of the target market. So
24 you've got similar luxury watches at similar
25 price points.

D. O'STEEN

1
2 Chris Aire watches -- the whole
3 jewelry line starts lower, but the watches start
4 around like six grand and go up to maybe 200,000,
5 250,000. Then the defendants' watches start, one
6 of the brands, around 1,000 and they go up to
7 300,000. So they're squarely in the same market
8 in terms of them being luxury watches and
9 distributed in similar distribution channels.
10 And also marketed in similar ways. But it's
11 really about the price point and the target
12 customer, the HHI, the target customer.
13 Q. I think of Chris Aire as appealing to
14 a very different segment of the population than
15 do the defendants' products. You had mentioned
16 that he's the king of bling. I think he had
17 another name, like the god of ice or something
18 like that. What is he, the ice king? Does that
19 ring a bell?
20 A. The ice king, yeah. One of the
21 headlines was "Ice, Ice Baby."
22 Q. My understanding at least is that he's
23 known for bling products. Is that yours as well?
24 MR. McDONOUGH: Object to form.
25 THE WITNESS: That is part of what

D. O'STEEN

1
2 he's known for, yes.
3 BY MR. MARGIOTTA:
4 Q. Okay. So just for the record, I think
5 the objection to the form is bling isn't a
6 defined term. I'm a jewelry insider. So are
7 you. I know what it is, but can you just
8 describe it for the record?
9 A. Bling? You want me to describe what
10 bling is?
11 Q. Right.
12 A. Bling is a slang terminology that
13 refers to diamonds and diamond intensive pieces,
14 showy I would say, maybe, in terms of design.
15 Showy pieces that have a lot of diamond content,
16 sparkle.
17 Q. I think of bling as just sort of gaudy
18 jewelry with lots of diamonds or other stones,
19 oversized watch faces, you know, sort of
20 attention-gathering pieces of jewelry. Would you
21 agree with that characterization?
22 A. I think there is a segment of the
23 market that uses bling that refers to it in that
24 way. But like all slang terminology, it can be
25 used in other ways as well. I don't think that

D. O'STEEN

1
2 all bling is gaudy. There are some beautiful
3 really high value -- I mean, Picchiotti is a very
4 high-end brand but they've got some bling for
5 sure. So the terminology and its intent might
6 be -- the meaning behind the word might have to
7 do with the intention of the person who is using
8 it. Because I do think it can be used for
9 high-end beautiful jewelry as well, it just means
10 that there's a pretty heavy diamond content.
11 But again, not all of Chris Aire's
12 pieces are heavy diamond content. It's just that
13 he was known for some of the pieces that did have
14 high diamond content and a lot of sparkle.
15 Q. Do you know how -- like how he became
16 known for that, just historically speaking? I
17 haven't been able to figure it out.
18 A. Some of his pieces in the early days
19 and when he was selling, as an example, to some
20 of the basketball players, the NBA basketball
21 stars, some of those pieces were high diamond
22 carat weight.
23 You know, the press likes to nickname
24 people. One of my clients is a pearl jewelry
25 brand that's been around for 75 years and the

                    D. O'STEEN
1   founder, they called him the pearl king.  He
2   really was a mover and shaker in the pearl
3   business.  So it's about how the press dubs
4   people.
5          When Chris Aire came on the scene, a
6   lot of his pieces were -- not a lot of his
7   pieces, but a lot of the pieces that got press,
8   let's put it that way, the ones that the press
9   recognized, "Oh, my god, look at that," and
10  they're the ones that have all the sparkle and
11  the bling and are obviously worth a lot more than
12  the average pieces you see in a normal jewelry
13  store, is what I would say.
14       Q.    And are you familiar with Baume &
15  Mercier's products?
16       A.    Yes.
17       Q.    And would you say that Baume & Mercier
18  is known for bling?
19       A.    They are not known for bling.  But
20  Chris Aire has some watches that are not bling.
21  Just because he's known as the king of bling
22  doesn't mean that all of his pieces have bling.
23       Q.    Right.  But you were making some
24  distinctions earlier that he may not be doing

                    D. O'STEEN
1   well because bling is out; right?
2        A.    I don't know that I would categorize
3   that as a distinction.  I was saying or implying
4   that there are many reasons that sales can go
5   down, and some of those reasons are cycles in the
6   market, trendworthiness, et cetera.  So that
7   could be.  I didn't say it was.  I'm not saying
8   it is.  I am saying there are many reasons that
9   one can have a dip in sales or a decline in sales
10  and trendworthiness and cycles in the market.
11         Like for example, in the '80s
12  everybody wore big jewelry, and in the '90s we
13  had minimalism, then in the 2000s big came back.
14  And now we're getting back into minimalism partly
15  because of COVID because it feels uncomfortable
16  for people to buy big, huge diamond pieces right
17  now when a lot of people are struggling.
18         So it goes above and beyond trend.
19  There are cycles in the market and in the life
20  span of any consumer and any brand.
21       Q.    Right.  But the cycle that you
22  mentioned was that bling is out so therefore you
23  conjecture that perhaps Chris was suffering from
24  that.  So you connect him as somebody who is

                    D. O'STEEN
1   known for bling; right?
2        A.    Yes, he has been known for bling.  But
3   that doesn't mean that all of his pieces are
4   bling.  Not all of his watches -- we can look at
5   some of the watches in the report.  Even the one
6   that Muhammad Ali is wearing is beautiful and
7   there are definitely diamonds.  There's some
8   bling in there, but it's not what I would call a
9   blingy watch.
10       Q.    Right.  But in terms of who he's
11  aiming at, what are the characteristics of -- if
12  you were to talk about the overall design
13  characteristics of a typical Baume & Mercier
14  watch, what would you say they are?
15       A.    Traditional, I guess, is what I would
16  say.  Classic.
17       Q.    And that's basically the opposite of
18  bling; right?
19       A.    I just lost the report.  I don't know
20  what happened.  Sorry.  It's the opposite of
21  bling?  No.  I mean, I think you can have a
22  traditional piece that has some bling.  Again,
23  you're using bling in your definition as gaudy.
24  But I don't think the term is always meant to be

                    D. O'STEEN
1   gaudy.  It's meant to be a lot of sparkle.  You
2   can add -- like a really traditional beautiful
3   watch can have a diamond pavé frame all around it
4   and a watch face and you could say, well, that
5   watch has got some bling.  But it doesn't mean
6   that it's huge high carat weight.
7          Bling refers to sparkle and it refers
8   to added pizzazz because it has some diamonds or
9   some sparkle.  So you could have a standard watch
10  and you could have a watch with some bling
11  because it has some diamond accents.  That's the
12  word I'm looking for.
13       Q.    Are you aware of Baume having any type
14  of watch like that?
15       A.    That's a good question.  I don't know
16  that I can call to mind off the top of my head
17  the entire catalog of Baume & Mercier's watches.
18  Are you suggesting they don't have any watches
19  with diamonds?
20       Q.    I am suggesting -- I wouldn't go that
21  far, but I would suggest that they don't have a
22  single watch that I would call bling.  In my
23  view, they're the opposite.  They're all about
24  clean lines, clean watch faces.  They're

# The vintage appeal of rose gold jewelry

☰                    **Los Angeles Times**                    LOG IN    🔍

↱

Rose gold, first popularized almost a century ago, has made a comeback.

The blush-hued version of the precious metal is showing up in status watches, engagement rings, necklaces and more. The feminine pieces look delicate on their own but can also bridge the gap between white and yellow gold when all three are worn together.

Rose gold, which is sometimes called "pink gold," may seem more exotic than run-of-the-mill yellow, but the secret to its color is comparatively pedestrian: copper. All gold used in jewelry must be mixed with other metals in order to withstand wear because 24-karat gold (the kind that is 99% or more gold) is too soft to withstand wear on its own. The amount of copper used as an alloy is what gives rose gold its pink tinge. "Alloy metal suppliers will vary the copper, but whether you call it red, pink or rose gold, it's all the same process," says Duvall O'Steen, director of jewelry promotion for the World Gold Council.

"Rose gold is more rare, whether that's because it's made to order or there's just less of it being made," she says. The fashion world loves nothing more than exclusivity, making rose gold that much more desirable. But the price is still comparable to white or yellow gold because copper is inexpensive and jewelry made of rose gold is priced on the weight of the gold.

Cartier made a major mark in rose gold history when the Trinity band (made of three intertwining bands of rose, white and yellow gold) debuted in the late 1920s. French writer and filmmaker Jean Cocteau popularized the ring and the look of rose gold by stacking two on his pinkie finger, sparking a trend in wearing rose gold and in mixing metals.

Though the classic Trinity pieces from Cartier evoke the metal's history, its recent resurgence can be attributed to the comeback of color in fashion. "The '90s were about black and white and minimalism, and everyone was into silver [or white gold]," O'Steen says. "At the beginning of the 21st century, color and femininity made a comeback. Rose gold complements all the frilly shades as well as all the neutrals this season. It just works with what's going on in fashion right now."

This time around, rose gold seems to have staying power as some women eschew more traditional metals such as platinum and select rose gold engagement rings. Publicist Kate Goldberg opted for a rose-cut diamond set in rose gold because she wanted something nontraditional and with vintage appeal. "My fiancé and I were looking for a ring that was unique but at the same time still felt like an engagement ring," she says. "The rose gold makes it look like it could be an heirloom, something that I can pass down one day."

Goldberg's ring came from the West Hollywood jewelry store Roseark, which carries rose gold pieces made by fine jewelry designers such as Jennifer Meyer Jewelry and Garland Collection as well as co-owner Kathy Rose's line, Kathy Rose for Roseark. Rose says she has seen a significant increase in rose gold jewelry in the last five years.

"We have over 1,000 different designers, and most of them do a collection in rose gold," says Rose, who personally has an affinity for the metal and mixes pieces with silver, yellow gold and diamonds.

And though rose gold may have a delicate feel, men are wearing it too. Rose's husband Rick sports a rose gold Rolex and wedding band and designs a line of men's jewelry called Rosebud that includes rose gold cufflinks in the shape of anchors.

"The last two wedding bands I've designed have been in rose gold," Rose says. "People definitely aren't afraid of it anymore."

[melissa.magsaysay@latimes.com](mailto:melissa.magsaysay@latimes.com)