

David L. Hecht
Partner
P: (212) 851-6821
E: dhecht@hechtpartners.com

**VIA ECF**  October 7, 2021

Hon. Lorna G. Schofield
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

RE:  ` *Solid 21, Inc. v. Richemont North America, Inc. et al, Case No. 1:19-cv-01262-LGS*

Dear Judge Schofield,

We represent Plaintiff Solid 21, Inc. ("Solid 21")  in the above captioned matter.  Solid 21's opposition to Defendant's Motion for Summary Judgment as well as Plaintiff's Cross-Motion for Summary Judgment is due today, October 7, 2021. See ECF No. 134.  We respectfully request that permission to file under seal Exhibit 1 and Exhibit 2 to the Hecht Declaration filed in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Cross-Motion for Summary Judgment.   Consistent with Section I(D)(iii) of this Court's Individual Rules, these documents will be filed under seal on ECF and electronically related to this letter motion.

Counsel for Plaintiff files these documents fully under seal in an abundance of caution, as Defendant has previously designated these documents as Attorney's Eyes Only, Highly Confidential, or Confidential pursuant to the Protective Order.

Solid 21 thanks the Court for its consideration in this matter.

Respectfully Submitted,

*/s/ David L. Hecht*
David L. Hecht
Hecht Partners LLP
125 Park Avenue, 25th Floor
New York, NY 10017
Tel: 212-851-6821
Email: dhecht@hechtpartners.com

*Attorney for Plaintiff Solid 21, Inc.*

cc. Counsel of Record (via ECF)

October 7, 2021
Page 2

*Appendix identifying all parties and attorneys of record
who should have access to the sealed documents*

David L. Hecht, Counsel for Plaintiff
Yi Wen Wu, Counsel for Plaintiff
Andrew J. Lorin, Counsel for Plaintiff
John P. Margiotta, Counsel for Defendant
David Donahue, Counsel for Defendant
Laura E. Popp-Rosenberg, Counsel for Defendant
Daniel M. Nuzzaci, Counsel for Defendant
Emily S. Weiss, Counsel for Defendant
Sydney L. Kipen, Counsel for Defendant

Defendant shall file a response by **October 15, 2021**, stating whether they seek to seal Exhibits 1 and 2 to the Hecht Declaration.  If Defendant seeks to seal those documents, Defendant shall provide the basis for sealing in accordance with the three-part test in *Lugosch*. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).  If Defendants believe redactions are appropriate, they shall also submit proposed redactions.  So Ordered.

Dated: October 8, 2021
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**