

David L. Hecht
Partner
P: (212) 851-6821
E: dhecht@hechtpartners.com

February 24, 2022

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**RE:** ***Solid 21, Inc. v. Richemont North America, Inc. et al.*, No. 1:19-cv-01262-LGS**
**Notice of Appeal in Related Matter**

Dear Judge Schofield,

    We represent Plaintiff Solid 21, Inc. ("Plaintiff" or "Solid 21") in the above-captioned action and write regarding an update to a pending case in the District of Connecticut, *Solid 21, Inc. v. Breitling USA, Inc. et al.*, 3:19-cv-00514-MPS ("*Solid 21-Breitling*"), also involving Solid 21 and the same RED GOLD® trademark at issue in this case. On January 27, 2022, that court entered judgment in favor of the Breitling defendants. *Solid 21-Breitling*, Dkt. No. 219. On February 23, 2022, Solid 21 timely filed a notice appealing to the Court of Appeals for the Second Circuit. *Id.*, Dkt. No. 222.

                                                             Respectfully,

                                                         /s/ David L. Hecht
                                                          David L. Hecht

                                                     *Counsel for Plaintiff Solid 21, Inc.*

cc: Counsel of Record