

**John P. Margiotta**
Partner

T 212.813.5957
jmargiotta@fzlz.com

151 West 42nd Street, 17th Floor
New York, NY 10036

November 2, 2022

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Solid 21, Inc. v. Richemont North America, Inc. et al.*, No. 1:19-cv-01262-LGS

Dear Judge Schofield,

Sydney L. Kipen, Esq. is listed as co-counsel for Defendants Richemont North America, Inc., Richemont International S.A., and Montblanc-Simplo GmbH ("Defendants") in the above-referenced action. Ms. Kipen is no longer associated with our firm. Thus, we respectfully request that she be removed as co-counsel of record for Defendants and be terminated from the docket effective immediately.

Respectfully submitted,

/s/ John P. Margiotta

cc: All counsel via ECF

Application DENIED without prejudice to renewal in compliance with Local Rule 1.4.

Dated: November 2, 2022
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

T 212.813.5900  F 212.813.5901          **frosszelnick.com** / Fross Zelnick Lehrman & Zissu, P.C.
{F4870437.1 }