UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

SOLID 21, INC.,

                Plaintiff,

    v.

RICHEMONT NORTH AMERICA, INC.;
RICHEMONT INTERNATIONAL S.A.;
MONTBLANC-SIMPLO GMBH; and OFFICINE
PANERAI A.G.,

                Defendants.
------------------------------------X

Civil Action No. 1:19-cv-01262-LGS

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

      **PLEASE TAKE NOTICE** that upon the accompanying Affidavit of David L. Hecht in Support of his Motion to Withdraw as Counsel, pursuant to Local Rule 1.4 of this district for the following relief to withdraw as counsel of record for Plaintiff; grant Plaintiff sixty (60) days to retain new counsel; grant Plaintiff an extension of time to file an opposition to Defendants Motion *In Limine* No.3 (ECF 171), and grant such other relief as the Court may determine to be just, equitable and necessary.

Dated: November 10, 2022          Respectfully submitted,

                                      **HECHT PARTNERS LLP**

                                      /s/ David L. Hecht
                                      David L. Hecht
                                      125 Park Avenue, 25th Floor
                                      New York, NY 10017
                                      T: (212) 851-6821
                                      E: dhecht@hechtpartners.com

                                      *Counsel for Plaintiff Solid 21, Inc.*

# CERTIFICATE OF SERVICE

I, David L. Hecht, hereby certify that on this 9th Day of November, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system. Additionally, I have caused a copy of the foregoing document to be emailed to Solid 21, Inc. at: ca@chrisaire.com and christopheraire@icloud.com.

/s/ David L. Hecht
David L. Hecht