```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
SOLID 21, INC.,                                               :
                                      Plaintiff,              :
                                                              :          19 Civ. 1262 (LGS)
               -against-                                      :
                                                              :                ORDER
RICHEMONT NORTH AMERICA, INC., et al.                         :
                                     Defendants.              :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held in this case on November 16, 2022, to discuss Plaintiff's counsel's motion to withdraw. It is hereby

**ORDERED** that, by **November 18, 2022**, Plaintiff's counsel shall file a letter *ex parte* for *in camera* review by emailing it to schofield_nysdchambers@nysd.uscourts.gov, providing further detail on the reasons for Plaintiff's counsel's motion. It is further

**ORDERED** that Plaintiff shall secure replacement counsel by **January 16, 2023**. Such counsel shall enter an appearance on ECF promptly after being retained. It is further

**ORDERED** that, if Plaintiff has not retained new counsel by **December 16, 2022**, Plaintiff shall file a status letter updating the Court on the progress of its efforts to retain counsel. Plaintiff shall email that letter to schofield_nysdchambers@nysd.uscourts.gov, and that letter will be entered on the docket and should not include any privileged or confidential information. It is further

**ORDERED** that all deadlines for pretrial submissions that require Plaintiff's participation, including the joint proposed jury charge, verdict form, voir dire, final pretrial order, Plaintiff's response to Defendants' third motion in limine and Plaintiff's response to

Defendants' anticipated motion to strike Plaintiff's jury demand are stayed *sine die*. The Court will issue a new scheduling order when Plaintiff has secured new counsel. It is further

**ORDERED** that Defendants shall file their motion to strike Plaintiff's jury demand and memorandum of law by **December 2, 2022**, as currently scheduled.

Dated: November 17, 2022
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE