UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
SOLID 21, INC.,                                              :
                              Plaintiff,                     :
                                                             :        19 Civ. 1262 (LGS)
               -against-                                     :
                                                             :        ORDER
RICHEMONT NORTH AMERICA, INC., et al.,                       :
                              Defendants.                    :
                                                             :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 9, 2022, Plaintiff's counsel David Hecht moved to withdraw from this action citing an irreconcilable breakdown in the attorney-client relationship;

WHEREAS, a conference was held on November 16, 2022, to discuss the motion;

WHEREAS, by Order dated November 17, 2022, all deadlines that require Plaintiff's participation have been stayed to permit Plaintiff to secure replacement counsel, but the trial date is not be affected at this time;

WHEREAS, Plaintiff's counsel filed a further letter *ex parte* and under seal for *in camera* review elaborating on the reasons for his motion, which the Court finds satisfactory.  It is hereby

**ORDERED** that Plaintiff's counsel's motion to withdraw is GRANTED.

The Clerk of Court is respectfully directed to terminate David Hecht's receipt of ECF notifications and close the motion at Dkt. No. 211.

Dated: November 21, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE