| | |
|---|---|
| **From:** | Christopher Aire |
| **To:** | Schofield NYSD Chambers |
| **Date:** | Saturday, December 17, 2022 1:17:52 AM |

**CAUTION - EXTERNAL:**

December 16, 2022

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Status Letter

Re: Solid 21, Inc. v. Richemont North America, Inc. et al., No. 1:19-cv-01262-LGS

As requested, this is to update the court on our efforts to retain new counsel as directed. We are currently in talks with two reputable trial attorney firms and aim to reach an agreement with one of them as soon as possible. It has been difficult to move things along due to the natural challenges of the holiday season. In addition, we are not currently in receipt of the pertinent files from our previous counsel who has refused to release them because of what he deems (confidential information).  This has made it a little more challenging.

We hope to expedite the process as the holiday season winds down and we are able to retrieve our files form the previous counsel.

Respectfully,

Christopher Aire

Christopher Aire
President
Solid 21 Incorporated
--



www.chrisaire.com

Watch Chris Aire on CNN

http://money.cnn.com/video/luxury/2015/12/08/chris-aire-jewelry.cnnmoney/index.html

Follow us on INSTAGRAM:

https://instagram.com/chrisairebeverlyhills/

See our write up on Forbes:

http://www.forbes.com/sites/mfonobongnsehe/2015/04/13/meet-chris-aire-the-king-of-bling-and-jeweler-to-hollywoods-elite/#1a494b5c36b5

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.