UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                  :
SOLID 21, INC.,                                   :
                            Plaintiff,            :
                                                  :           19 Civ. 1262 (LGS)
            -against-                             :
                                                  :           ORDER
RICHEMONT NORTH AMERICA, INC. et al.,            :
                            Defendants.           :
                                                  :
----------------------------------------------------------- :
-                                                 X

LORNA G. SCHOFIELD, United States District Judge:

        WHEREAS, a telephonic show-cause hearing in this matter is scheduled for April 27,

2023, at 4:00 P.M.;

        WHEREAS, Plaintiff has been in touch with chambers telephonically and has

communicated its intent to retain counsel by this Friday, April 28, 2023.  It is hereby

        **ORDERED** that no later than **May 1, 2023**, Plaintiff shall show cause, by letter filed

with the Court, why this action should not be dismissed for failure to prosecute pursuant to

Federal Rule of Civil Procedure 41(b); it is further

        **ORDERED** that the telephonic show-cause hearing scheduled for April 27, 2023, at 4:00

P.M., is adjourned to **May 3, 2023, at 4:20 P.M.**  The parties shall call (888) 363-4749 and enter

the access code 558-3333.

DATED:   April 25, 2023
         New York, New York

                                              **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**