```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SOLID 21, INC.,                                             :
                                      Plaintiff,            :
                                                            :    19 Civ. 1262 (LGS)
                -against-                                   :
                                                            :           ORDER
RICHEMONT NORTH AMERICA, INC. et al.,                       :
                                      Defendants.           :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, a telephonic hearing in this matter is scheduled for May 3, 2023, at 4:20 P.M. It is hereby

**ORDERED** that the telephonic hearing is adjourned to **May 3, 2023, at 4:30 P.M.** The parties shall call (888) 363-4749 and enter the access code 558-3333.

DATED: May 2, 2023
New York, New York

*[signature]*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE