```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SOLID 21, INC.,                                             :
                                     Plaintiff,             :
                                                            :      19 Civ. 1262 (LGS)
                  -against-                                 :
                                                            :      ORDER
RICHEMONT NORTH AMERICA, INC., et al.,                      :
                                     Defendants.            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, this action is trial ready.  A trial was scheduled for January 9, 2023, then adjourned to March 6, 2023;

WHEREAS, on November 9, 2022, Plaintiff's former counsel moved to withdraw from this action citing an irreconcilable breakdown in the attorney-client relationship.  The Court granted that motion on November 21, 2022;

WHEREAS, on November 17, 2022, the Court adjourned *sine die* all deadlines for pretrial submissions requiring Plaintiff's participation until Plaintiff secured new counsel.  On February 15, 2023, the Court adjourned *sine die* the jury trial scheduled for March 6, 2023;

WHEREAS, new counsel for Plaintiff filed a notice of appearance on April 27, 2023;

WHEREAS, a telephonic conference was held on May 3, 2023, to introduce Plaintiff's new counsel and set a trial schedule.  It is hereby

**ORDERED** that by **May 25, 2023,** the parties shall file a joint letter addressing Defendants' December 2, 2022, motion to strike Plaintiff's jury demand and proposing a briefing schedule, if necessary.  It is further

**ORDERED** that by **June 2, 2023, and every thirty days thereafter,** Plaintiff's counsel shall file a letter *ex parte* and under seal apprising the Court of counsel's preparations for trial.  It is further

**ORDERED** that this action will be placed in second place on the Court's October 2023 trial-ready calendar; the trial will begin on **October 10, 2023, at 9:45 a.m.**, or the Court's first available date thereafter.  It is further

**ORDERED** that the parties shall be ready to proceed on 24 hours' notice on or after October 10, 2023.  It is further,

**ORDERED** that in accordance with and as further provided in Individual Rule IV.B:

(1) Joint requests to charge, joint *voir dire*, joint verdict form and any memorandum of law, as provided in the Court's individual rules, shall be filed by **September 5, 2023.**

(2) The final pretrial order shall be filed **September 12, 2023.**

(3) The parties shall appear for a final pretrial conference at a date to be scheduled closer to trial.

\* \* \* \*

The parties are encouraged to:

(1) Confer and consent to a trial before a Magistrate Judge (per the attached form) if they wish to have a firm trial date.  If a Magistrate Judge has overseen settlement discussions, the parties may request a different Magistrate Judge (to be randomly selected) as the trial judge.

(2) Confer and advise the Court immediately by joint letter if they would like a referral to a Magistrate Judge or court appointed mediator for a settlement conference.  Such a referral will not stay the dates in this Order.

Dated: May 4, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
### SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| *Defendant* | ) | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____            _____
                                                                                    *District Judge's signature*

                                                                      _____
                                                                                    *Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.