UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOLID 21, INC., <br><br> Plaintiff, <br><br> -against- <br><br> RICHEMONT NORTH AMERICA, INC., RICHEMONT INTERNATIONAL S.A., and MONTBLANC-SIMPLO GMBH, <br><br> Defendants. | 19-cv-1262 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

As stated on the record during the conference held in this matter on August 30, 2023:

1. Plaintiff is ORDERED to consider making a good-faith settlement demand to Defendants by **Thursday, August 31, 2023, at 1:00 PM**.

2. If such a demand is made, Defendants are ORDERED to consider responding to that demand with a good-faith settlement offer by **Tuesday, September 5, 2023, at 1:00 PM**.

3. If a demand and offer are made, the parties are ORDERED to meet and confer concerning settlement by **Wednesday, September 6, 2023, at 5:00 PM**. The meet and confer must occur in person, via telephone, or via videoconference, should be conducted in good faith, and should last no less than thirty (30) minutes.

4. Whether or not a demand is made, or a settlement is reached, the parties are ORDERED to file a joint letter updating the Court on the settlement discussions (without disclosing the amounts of any demand or offer) by **Thursday, September 7, 2023, at 5:00 PM**.

SO ORDERED.

Dated: August 30, 2023
    New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge