

151 West 42nd Street, 17th Floor
New York, NY 10036

**John P. Margiotta**
Partner

T 212.813.5957
jmargiotta@fzlz.com

September 1, 2023

**VIA ECF**

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Solid 21, Inc. v. Richemont North America, Inc. et al.*, No. 1:19-cv-01262-AS

Dear Judge Subramanian:

We represent Defendants in the above-captioned litigation. We write on behalf of both parties to request clarification regarding deadlines set in the Court's recent Order, dated August 30, 2023 (ECF No. 267). Specifically, we write to clarify the deadline for submission of the parties' proposed joint pretrial order.

In the Court's August 14, 2023 Order (ECF No. 265), the Court set the following deadlines for pretrial submissions:

- September 12, 2023 – Deadline to submit joint requests to charge, joint voir dire, joint verdict forms, and any memorandum of law; and
- September 19, 2023 – Deadline to submit the final pretrial order.

In the Court's August 30th Order, the deadline to submit the final pretrial order has been consolidated with the other filings and moved up to September 12. (*See* ECF No. 267.)

The parties respectfully request that the September 19 deadline be reinstated for the joint pretrial order, as the parties had planned on that date for purposes of preparation and scheduling. We note that Section 10(A) of Your Honor's Individual Practices in Civil Cases indicates that the proposed joint pretrial order should be filed "at least 14 days prior to the scheduled final pretrial conference" and simultaneously with other pretrial filings. Given that the final pretrial conference is presently scheduled for October 3 (*see* ECF No. 267), the September 19 deadline is consistent with Your Honor's individual practices. Finally, if the Court's usual practice is to have all of the filings referenced above filed simultaneously, and if the Court prefers that here, the parties jointly propose a single deadline of September 19 for all the filings.

T  212.813.5900 F  212.813.5901                 frosszelnick.com / Fross Zelnick Lehrman & Zissu, P.C.

{F5242463 2 }

Honorable Arun Subramanian
September 1, 2023
Page 2

We thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s/ John P. Margiotta

John P. Margiotta

cc: All counsel of record (via ECF)

> The parties' request is GRANTED. The joint pretrial order is now due on September 19, 2023.
>
> The Clerk of Court is directed to terminate the motion at ECF No. 272.
>
> SO ORDERED.
>
> *[signature]*
>
> Arun Subramanian, U.S.D.J.
> Date: September 5, 2023

{F5242463 2 }