UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOLID 21, INC.,<br><br>                Plaintiff,<br><br>-against-<br><br>RICHEMONT NORTH AMERICA, INC., RICHEMONT INTERNATIONAL S.A., and MONTBLANC-SIMPLO GMBH,<br><br>                Defendants. | 19-cv-1262 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

In anticipation of the final pretrial conference to be held on October 3, 2023, the Court advises the parties as follows:

- The parties, and in particular Lead Trial Counsel, should meet and confer prior to the final pretrial conference to resolve evidentiary disputes over exhibits and other evidence the parties will seek to admit at trial (*e.g.*, designated deposition testimony). The parties should arrive for the pretrial conference **at least one hour in advance** and will be furnished use of the courtroom for the purposes of resolving disputes and streamling the issues to be presented to the Court. The parties should call chambers when they arrive at the courthouse to secure access to the courtroom. The parties should be prepared to display any evidence to the Court at the conference using the Court's audio-visual system so that the Court can rule on disputes swiftly. The Court intends to rule on all objections at the conference, and if time runs out on October 3, 2023, the Court will continue the conference on October 4, 2023, in order to resolve all objections.

- The parties should be prepared to complete the trial in **five** days and should avoid the presentation of extraneous, irrelevant, or duplicative testimony. The Court will impose time limits on both sides at the final pretrial conference and will strictly adhere to those limits.

- The parties should familiarize themselves with the Court's Individual Practices for Hearings and Trials, available [here](). In particular, the parties should ensure that they have made the necessary arrangements for any audio-visual needs.

SO ORDERED.

Dated: September 25, 2023
New York, New York

                                                                ARUN SUBRAMANIAN
                                                                United States District Judge