UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOLID 21, INC.,<br><br>         Plaintiff,<br><br> -against-<br><br>RICHEMONT NORTH AMERICA, INC.,<br>RICHEMONT INTERNATIONAL S.A., and<br>MONTBLANC-SIMPLO GMBH,<br><br>         Defendants. | 19-cv-1262 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On September 27, 2023, counsel for Plaintiff moved to withdraw. Plaintiff's CEO, Christopher Aire, called the Court requesting permission to respond to this motion.

  By **September 28, 2023**, Plaintiff's counsel shall submit a letter *ex parte* for *in camera* review by emailing it to SubramanianNYSDChambers@nysd.uscourts.gov, providing further detail on the reason for counsel's motion. The letter should specifically address the "irreconcilable conflicts" between counsel and Plaintiff and should be furnished to Mr. Aire.

  By **September 28, 2023**, Mr. Aire may submit a letter *ex parte* for *in camera* review by emailing it to SubramanianNYSDChambers@nysd.uscourts.gov, providing any opposition to the motion to withdraw. The letter should also be furnished to Plaintiff's counsel.

  The parties are hereby ORDERED to appear for a conference on this motion in Courtroom 15A, 500 Pearl Street, New York, NY 10007 on **September 29, 2023** at **2:00 PM.** Mr. Aire shall also appear for the conference.

  All dates and deadlines, including the October 10, 2023 trial date, remain in effect.

  SO ORDERED.

Dated: September 28, 2023
    New York, New York

                         _____
                          ARUN SUBRAMANIAN
                        United States District Judge