UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOLID 21, INC.,<br><br>                     Plaintiff,<br><br>-against-<br><br>RICHEMONT NORTH AMERICA, INC.,<br>RICHEMONT INTERNATIONAL S.A., and<br>MONTBLANC-SIMPLO GMBH,<br><br>                     Defendants. | 19-cv-1262 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Clerk of Court is directed to restrict viewing access of ECF Nos. 295, 296, and 297 to the parties and the Court only.

      SO ORDERED.

Dated: October 17, 2023
       New York, New York

                                                        ARUN SUBRAMANIAN
                                                 United States District Judge